## *ORDER*

PER CURIAM

**AND NOW,** this 28th day of September, 2015, the Application to Dismiss is **GRANTED.**

122 A.3d 1037

**Michael STOKES, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Sept. 29, 2015.

Michael Stokes, Frackville, pro se.

Alan Matthew Robinson, Jason Anthony Lambrino, Harrisburg, for Pennsylvania Board of Probation and Parole.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of September, 2015, the order of the Commonwealth Court is **AFFIRMED.**